UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS TORO, individually and on behalf of all others similarly situated,

        Plaintiffs,

 -against-

BLU GURU, LLC.

        Defendant.
------------------------------------------------------------X

Case No. 1:23-cv-3593

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: April 23, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Law Offices of Nolan Klein, P.A. |
| By: _____ | By: _____ |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | Nolan Klein, Esq.<br>112 W. 34th St., Ste. 1800<br>New York, NY 10034<br>646.560.3230<br>klein@nklegal.com<br>*Attorneys for Defendant* |

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

Date: April 29, 2024

4895-5040-3388.1